NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3199

VARNZIEL WINFIELD,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in
CH1221080547-W-2.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

The Department of Veterans Affairs moves for a 19-day extension of time, until July 28, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

JUL 17 2009

_____
Date

cc: Varnziel Winfield
Ellen M. Lynch, Esq.

s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2009

JAN HORBALY
CLERK